# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Travon Keith | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:12-cv-2179-CMC |
| South Carolina Department of Corrections, et al | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.


■   other: This case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil procedure.


This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.


Date:    September 20, 2012                               *CLERK OF COURT*


                                        s/Debbie Stokes
                                        _____
                                        *Signature of Clerk or Deputy Clerk*